UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

STEFANIE D. HUNTER,
NATHAN A. LIEDL,
ESTATE OF JAXON HUNTER,

                Plaintiffs,                CASE NO. 20-CV-61

v.

CHIPPEWA COUNTY DEPARTMENT OF
HUMAN SERVICES, TIM EASKER,
SERENA SCHULTZ, and
MATTHEW C. ANDERSON

                Defendants.

---

### CHIPPEWA COUNTY DEPARTMENT OF HUMAN SERVICES, TIM EASKER, SERENA SCHULTZ, AND MATTHEW C. ANDERSON'S NOTICE OF MOTION AND MOTION

---

**To:    Jay E. Heit
        Herrick & Hart, S.C.
        116 West Grand Avenue
        P.O. Box 167
        Eau Claire, WI 54702-0167**

PLEASE TAKE NOTICE that Chippewa County Department of Human Services, Tim Easker, Serena Schultz, and Matthew C. Anderson, by their attorneys, MUNICIPAL LAW & LITIGATION GROUP, S.C., hereby move the Court, pursuant to Fed. R. Civ. P. 56, for an Order granting their Motion for Summary Judgment and dismissing the Plaintiffs' Complaint on its merits and with prejudice.

This Motion is based upon the pleadings and proceedings herein, the attached Brief in Support, and the Affidavits of Samantha Schmid, Tim Easker, Matthew Anderson, and Ashley Brott. Through this motion, the Defendants also seek their costs and fees.

Dated this 9th day of April, 2021.

**MUNICIPAL LAW & LITIGATION GROUP, S.C.**

Attorneys for Defendants, Chippewa County Department of Human Services, Tim Easker, Serena Schultz and Matthew C. Anderson

By: /s/ Samantha R. Schmid
REMZY D. BITAR
State Bar No: 1038340
SAMANTHA R. SCHMID
State Bar No. 1096315

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
sschmid@ammr.net