IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEFANIE D. HUNTER, NATHAN A. LIEDL, and ESTATE OF JAXON HUNTER,

    Plaintiffs,

v.

CHIPPEWA COUNTY DEPARTMENT OF HUMAN SERVICES, TIM EASKER, SERENA SCHULTZ, AND MATTHEW C. ANDERSON,

    Defendants.

Case No. 20-cv-61-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Chippewa County Department of Human Services, Tim Easker, Serena Schultz, and Matthew C. Anderson against plaintiffs Stefanie D. Hunter, Nathan A. Liedl and Estate of Jaxon Hunter dismissing this case.

| s/V. Olmo, Deputy Clerk | 3/7/2022 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |